

New Jersey Office
130 Pompton Avenue
Verona Nj 07044
(973) 239-4300

**LGR LAW, LLC**
**CRIMINAL DEFENSE**

Lorraine@lgrlawgroup.com
www.lgaulirufo.com
Fax: (973) 239-4310

New York Office
48 Wall Street – 5th fl.
NYC, NY 10005
(646) 479-2746

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 20 2020

July 17, 2020

*Via ECF*
Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JUL 20 2020

Re: Reappointment Pursuant to the CJA for
Compassionate Release Motion for Marvin Rutherford
*United States v. Coley et al.,* **16 Cr. 801 (GBD)**

Dear Judge Daniels:

I represented Marvin Rutherford in the above criminal matter before Your Honor several years ago. Mr. Rutherford is still serving a sentence on these charges, and contacted my office seeking my help to assist him in filing a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). I would respectfully request that Your Honor re-appoint me in this matter, and if possible, to the *nunc pro tunc* date of May 15, 2020, which was the date I submitted a letter to the Warden of USP Hazelton, where Mr. Rutherford was designated, seeking his release.

Respectfully submitted,
s/ Lorraine Gauli-Rufo, Esq.
CJA Attorney

cc: All Counsel of Record